GOINS v. CONE MILLS CORP.

No. 266P88.

Case below: 90 N.C. App. 90.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

GREENE v. GREENE

No. 280P88.

Case below: 90 N.C. App. 274.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

HEDRICK v. HEDRICK

No. 256P88.

Case below: 90 N.C. App. 151.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988. Notice of appeal by plaintiff pursuant to G.S. 7A-30 dismissed 7 September 1988.

JAMES v. JAMES

No. 208P88.

Case below: 90 N.C. App. 583.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

JONES v. FLETCHER

No. 304P88.

Case below: 90 N.C. App. 610.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988. Petition by defendant (Christopher D. Fletcher) for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.